

Reply to the Cleveland Office:

Alex Gertsburg, Esq.
Direct Dial: 216.373.4811
Direct Fax: 216.373.4812
Email: agertsburg@broadvox.com

**VIA FACSIMILE (212) 805-0426**

Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2013
```

Re:   *Rates Technology, Inc. v. Broadvox Holding Company, LLC*
      Civil Action No. 13 Civ. 0152 (LTS)

Dear Judge Swain:

    Please accept this response to Plaintiff's facsimile letter of February 12, 2013 on behalf of the defendants, Broadvox Holding Company, LLC and Cypress Communications Operating Company, LLC ("Defendants"). Plaintiff does not oppose my admission *pro hac vice*, and, thus, Plaintiff's comments are gratuitous. They are unwarranted also, because:

    First, I am General Counsel to the Defendants, and, subject to the Court's acceptance of my *pro hac vice* application, I do intend to help try this case.

    Second, the parties will formally address any proper restrictions on confidential documents. To respond to Plaintiff's letter, however, given the nature of the documents that Plaintiff intends to protect, Defendants do not believe that Plaintiff will be able to sustain disclosure to some counsel, but not all counsel. As Defendants' Response to Plaintiff's Motion to Show Cause will demonstrate, the threatening e-mails Plaintiff seeks to protect are not confidential by any means.

    Third, Defendants' claims against Plaintiff do not preclude me from participating in the case, and, again, Plaintiff should bring any issue frontally to the Court by motion, as opposed to innuendo.

    Fourth, Defendants will be filing various Motions to Dismiss and a Motion to Transfer in this matter, along with a Motion for Sanctions. Upon the Court's review of these Motions, Plaintiff's letter may be moot, as I may never be called by Plaintiff to testify in this action at

800.273.4320    216.373.4600    F: 216.373.4699    www.broadvox.com

Corporate Headquarters | Cleveland Office | Atlanta Office
1950 N. Stemmons Frwy. | Suite 3031 | Dallas, TX 75207 | 75 Erieview Plaza | Suite 400 | Cleveland, OH 44114 | Four Piedmont Center | Suite 600 | Atlanta, GA 30305



Judge Swain
February 13, 2013
Page 2

all. Even if I were, however, the exceptions to the rule cited by Plaintiff (Rule 2.7(a) of the NY Rules of Professional Conduct) would apply.

Both before and after the filing of this Action, nearly every act of Plaintiff, and particularly their principal, Jerry Weinberger, has been dedicated to driving up Defendants' costs in a lawsuit that they know or should know has no merit. Plaintiff's Motion to Show Cause and Mr. Springut's letter continue that pattern by attempting to raise issues with Defendants' efforts to rely on in-house counsel to represent the companies in order to limit Defendants' fees. Correspondence from Plaintiff, Mr. Weinberger and their counsel – including the e-mails they are attempting to keep from public disclosure – as well as the over 170 patent lawsuits to which Plaintiff or Mr. Weinberger have been a party, show that they use as leverage over defendants the existence of "large unrecoverable attorney fees". Plaintiff and its counsel know they have no good faith basis for filing the TRO other than to force Defendants to expend fees, as Defendants' Response to the Motion to Show Cause will demonstrate. Plaintiff seeks to force Defendants to use outside counsel for the same reason.

Thank you.

Sincerely,

Alex Gertsburg
EVP – General Counsel
Broadvox, LLC

AG:kd

cc:  Milton Springut, Esq. (by e-mail)
     Tal Benschar, Esq. (by e-mail)
     George Pazuniak, Esq. (by e-mail)
     Andriy Pazuniak, Esq. (by e-mail)

800.273.4320    216.373.4600    F: 216.373.4699    www.broadvox.com

Corporate Headquarters                    Cleveland Office                         Atlanta Office
1950 N. Stemmons Frwy. | Suite 3031 | Dallas, TX 75207    75 Erieview Plaza | Suite 400 | Cleveland, OH 44114    Four Piedmont Center | Suite 600 | Atlanta, GA 30305