USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 4 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

RATES TECHNOLOGY INC.,

Plaintiffs,

-against-

BROADVOX HOLDING COMPANY, LLC, CYPRESS
COMMUNICATIONS OPERATING COMPANY, LLC
and ABC COMPANIES, 1 TO 10,

Defendants.

-----------------------------------------------------------------

Index No. 1:13-cv-00152 (LTS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Alexander Edward Gertsburg, for admission to practice Pro Hac Vice in the above-captioned action is granted

Applicant has declared that he is a member in good standing of the bar of the state of Ohio; and that his contact information is as follows:

Applicant's Name: Alexander Edward Gertsburg

Firm Name: Broadvox Holding Company, LLC / Cypress

Communications Operating Company, LLC

Address: 75 Erieview Plaza, Suite 400

City / State / Zip: Cleveland, Ohio 44114

Telephone / Fax: (216) 373-4811 / (216) 373-4812

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Broadvox Holding Company, LLC, and Cypress Communications Operating Company, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2|14|13

United States District Judge

7154305.1