UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
RATES TECHNOLOGY INC.,

        Plaintiff,

    v.

BROADVOX HOLDING COMPANY, LLC,
CYPRESS COMUNICATIONS OPERATING
COMPANY, LLC and ABC COMPANIES
1 to 10,

        Defendants.
-----------------------------------------------------------------

CIVIL ACTION

No. 13-152 (LTS)

### NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

X I have cases pending                  _ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

        Milton Springut, Esq.

My SDNY Bar Number is: MS6571        My State Bar Number is: 1014117

I am,  X An attorney
       _ A Government Agency attorney
       _ A Pro Hac Vice attorney

FIRM INFORMATION:

OLD FIRM:    FIRM NAME: Kalow & Springut LLP
                  FIRM ADDRESS: 488 Madison Avenue, 19th Floor, New York, NY 10022
                  FIRM TELEPHONE NUMBER: (212) 813-1600
                  FIRM FAX NUMBER: (212) 813-9600

NEW FIRM:    FIRM NAME: Springut Law PC
                  FIRM ADDRESS: 75 Rockefeller Center, New York, NY 10019
                  FIRM TELEPHONE NUMBER: (212) 813-1600
                  FIRM FAX NUMBER: (212) 813-9600

I will continue to be counsel of record on the above-entitled case.

Dated: February 19, 2013

_____
Milton Springut

400778.1