UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

RATES TECHNOLOGY INC.,

            Plaintiff,

    v.

BROADVOX HOLDING COMPANY, LLC,
CYPRESS COMUNICATIONS OPERATING
COMPANY, LLC and ABC COMPANIES
1 to 10,

            Defendants.
-----------------------------------------------------------------

CIVIL ACTION

No. 13-152 (LTS)

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

X  I have cases pending                _  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

                     Tal S. Benschar, Esq.

My SDNY Bar Number is: TB0838      My State Bar Number is: 281703

I am,  X  An attorney
        _  A Government Agency attorney
        _  A Pro Hac Vice attorney

FIRM INFORMATION:

OLD FIRM:     FIRM NAME: Kalow & Springut LLP
                    FIRM ADDRESS: 488 Madison Avenue, 19th Floor, New York, NY 10022
                    FIRM TELEPHONE NUMBER: (212) 813-1600
                    FIRM FAX NUMBER: (212) 813-9600

NEW FIRM:    FIRM NAME: Springut Law PC
                    FIRM ADDRESS: 75 Rockefeller Center, New York, NY 10019
                    FIRM TELEPHONE NUMBER: (212) 813-1600
                    FIRM FAX NUMBER: (212) 813-9600

I will continue to be counsel of record on the above-entitled case.

Dated: February 19, 2013

                                                              _____
                                                              Tal S. Benschar

400777.1