# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

Andriy R. Pazuniak
Associate

Direct Dial: 212-238-8825
E-mail: pazuniak@clm.com

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2013

February 26, 2013

**BY FACSIMILE (212-805-0426)**

Honorable Laura Taylor Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: Rates Technology Inc. v. Broadvox Holding Company, LLC, Cypress Communications Operating Company, LLC, et al., Case No. 13-cv-00152 (LTS) (SN)

Dear Judge Swain:

We are counsel for Broadvox Holding Company, LLC, and Cypress Communications Operating Company, LLC (collectively "Defendants"), the named defendants in the above-referenced matter.

As both parties indicated during yesterday's hearing, the parties previously agreed that RTI would file an amended complaint by March 4, 2013, and that Defendants would thereafter have an opportunity to respond.

In the absence of an amended complaint, the Defendants' deadline to respond to the original complaint is today, pursuant to the Stipulation and Order dated February 19, 2013. We asked counsel for RTI to execute a second stipulation acknowledging that Defendants would respond to the Amended Complaint after it was filed, but counsel will not sign it, thus prompting this letter in order to preserve Defendants' rights pursuant to our agreement with RTI's counsel, as stated in Court yesterday.

To avoid burdening the Court with potentially duplicative motion papers, the Defendants respectfully request that the Court set a deadline for March 4, 2013, for RTI to file an amended complaint, and, in any event, to extend the time for the Defendants to respond to either the original complaint or any amended complaint to March 14, 2013.

7162335.1

Honorable Laura Taylor Swain -2-

Please note, pursuant to Your Honor's Individual Practices 1(e), the original date to respond was January 30, 2013. This is the second request for an extension, and the first request for an extension was granted. Plaintiff's counsel previously consented to filing an amended complaint by March 4, 2013, and extending the time for Defendants to respond to March 14, 2013.

Respectfully submitted,

Andriy R. Pazuniak

ARP:tbm

cc: Keith D. Nowak, Esq. (nowak@clm.com)
Milton Springut, Esq. (ms@creativity-law.com)
Tal S. Benschar, Esq. (tbenschar@creativity-law.com)
Alex Gertsburg, Esq. (agertsburg@broadvox.com)
George Pazuniak, Esq. (GP@del-iplaw.com)

The requests are granted.

SO ORDERED.
NEW YORK
Feb 27 2013
LAURA TAYLOR SWAIN
DISTRICT JUDGE

7162335.1