411526.1

Milton Springut
Tal S. Benschar
Springut Law PC
75 Rockefeller Plaza ─ 19th floor
New York, New York 10019
(212) 813 1600

*Counsel for Plaintiff Rates Technology Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC., ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-152 (SAS) |
| ) | |
| BROADVOX HOLDING COMPANY, LLC, ) | |
| CYPRESS COMUNICATIONS OPERATING ) | |
| COMPANY, LLC and ABC COMPANIES ) | |
| 1 to 10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>NOTICE OF MOTION TO BE RELIEVED AS COUNSEL</u>**

TO:   Mr. Gerald J. Weinberger
      Rates Technology Inc.
      50 Route 111, Suite 210
      Smithtown, NY 11787

ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that in accordance with S.D.N.Y. Local Civil Rule 1.4, Springut Law P.C. and its individual attorneys Milton Springut, Tal S. Benschar and Scott Spencer (collectively "Springut Law") hereby move before the Honorable Shira A. Scheindlin, United States District Judge, United States District Court, Southern District

1

of New York, 500 Pearl Street, New York, New York 10007, for an order relieving them as counsel.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Springut Law relies upon the Memorandum of Law and Declaration of Milton Springut served herewith.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be filed with the Court and served upon Springut Law within 17 calendar days of the date herein.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: February 28, 2014<br>New York, New York | SPRINGUT LAW PC |
|  | By:_____<br>Milton Springut<br>Tal S. Benschar<br>Scott Spencer<br>75 Rockefeller Plaza, 19th Floor<br>New York, New York 10019<br>(212) 813-1600 |

2

DECLARATION OF SERVICE

**TAL S. BENSCHAR** declares that:

1. I am a partner with **SPRINGUT LAW P.C.**, and that on the execution date which appears below, I caused a true copy of the annexed **NOTICE OF MOTION TO BE RELIEVED AS COUNSEL** and all supporting papers, to be served via the method(s) indicated upon the following addressees:

<u>**VIA EMAIL AND CERTIFIED MAIL, R.R.R.**</u>
Mr. Gerald J. Weinberger
Rates Technology Inc.
50 Route 111, Suite 210
Smithtown, NY 11787

<u>**VIA ECF FILING**</u>

All counsel of record.

2. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the foregoing is true and correct.

Executed on February 28, 2014

By:   /S/ Tal S. Benschar
         Tal S. Benschar

3